No. D–2280. IN RE DISCIPLINE OF LIGHT. Kenneth J. Light, of South Bend, Ind., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2281. IN RE DISCIPLINE OF HYDE. Robert Reginald Hyde, of Oriental, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 01M22. ANONYMOUS v. COMMITTEE ON CHARACTER AND FITNESS. Motion for leave to file petition for writ of certiorari under a pseudonym denied.

No. 01M23. DUNCAN v. VIRGINIA ET AL.; and
No. 01M24. FAMANIA v. UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 00–853. PORTER ET AL. v. NUSSLE. C. A. 2d Cir. [Certiorari granted, 532 U. S. 1065.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00–878. MATHIAS ET AL. v. WORLDCOM TECHNOLOGIES, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 532 U. S. 903.] Motion of the United States for divided argument granted. Motion of respondents WorldCom Technologies, Inc., et al. for additional time for oral argument and for divided argument denied. JUSTICE O'CONNOR took no part in the consideration or decision of these motions.

No. 00–1167. TAHOE-SIERRA PRESERVATION COUNCIL, INC., ET AL. v. TAHOE REGIONAL PLANNING AGENCY ET AL. C. A. 9th Cir. [Certiorari granted, 533 U. S. 948.] Motion of American Association of Small Property Owners et al. for leave to file a brief as *amici curiae* granted.

No. 00–1214. ALABAMA v. SHELTON. Sup. Ct. Ala. [Certiorari granted, 532 U. S. 1018.] Motion of National Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* granted.